IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| EDDIE SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-6001-CV-SJ-ODS |
| | ) | |
| RAMADA INN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AND OPINION DENYING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

Pending is Defendants' Motion for Summary Judgment. In addition to contending the undisputed facts entitle it to judgment as a matter of law, Defendant contends the Court lacks jurisdiction. Both arguments are rejected, and the motion (Doc. # 32) is denied.

The Court will first address the jurisdictional argument. Defendant contends the EEOC Complaint Plaintiff filed was deficient because it "wholly failed to state a cause of action or to describe any alleged discriminatory conduct." While this description may be accurate, there is no legal requirement that the administrative charge satisfy a lawsuit's pleading requirements. The administrative complaint is sufficient to satisfy the requirements imposed on that stage of the proceedings, so the jurisdictional argument is rejected.

The Court's review of the record reveals the presence of disputed issues of material fact, which precludes entry of summary judgment. Consequently, Defendant's motion must be denied.

IT IS SO ORDERED.


/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: May 14, 2008                          UNITED STATES DISTRICT COURT